# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00679-CV

**Texas Department of Housing and Community Affairs and Edwina Carrington, in her Official Capacity as Executive Director of the Texas Department of Housing and Community Affairs, Appellants**

**v.**

**Century Pacific Equity Corporation, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. GN202219, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have requested by joint motion that this Court abate this appeal so that they might finalize a proposed settlement agreement.

We grant the motion and abate this appeal. Absent further order of this Court, this appeal will be reinstated automatically on May 30, 2003. The parties are directed to file either a status report or a motion to dismiss by that date.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed:   April 24, 2003